

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00195-CR

Mattie Leora **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 361734
Honorable Jason Wolff, Judge Presiding

PER CURIAM

Sitting:       Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  May 15, 2013

DISMISSED FOR WANT OF JURISDICTION

The trial court signed the order sought to be appealed on December 12, 2012. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on January 11, 2013. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on January 28, 2013. TEX. R. APP. P. 26.3. Appellant did not file her notice of appeal until March 19, 2013; appellant did not file a motion for extension of time. This court issued an order on April 16, 2013 directing appellant to show cause why this appeal should not be

dismissed for lack of jurisdiction. Appellant filed a written response which did not resolve the jurisdictional defect.

When a notice of appeal and motion for extension of time are not filed within the fifteen-day grace period allowed by Rule 26.3, the appellate court lacks jurisdiction. TEX. R. APP. P. 26.3; *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Accordingly, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH